**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 25-cr-01739-RSH |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| ANTHONY ANJOL GROW, also known as Miguel Angel Alderete-Preciado, | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against Defendant in this case is dismissed without prejudice.

SO ORDERED.

DATED: July 29, 2025

*Robert S. Huie*
_____
HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE